**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____     Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Metronomic Holdings, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-0848203 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 717 Ponce De Leon Boulevard, Suite 324 | |
| Number       Street | Number       Street |
| | |
| | P.O. Box |
| Coral Gables       FL       33134 | |
| City       State       ZIP Code | City       State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Miami-Dade County | |
| County | Number       Street |
| | |
| | City       State       ZIP Code |

5. **Debtor's website** (URL)    www.metronomicholdings.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor __Metronomic Holdings, LLC_____     Case number (if known)_____
      Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
55_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____  When _____  Case number _____
                                                  MM / DD / YYYY
        District _____  When _____  Case number _____
                                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____  Relationship _____
        District _____  When _____
                                                          MM / DD / YYYY
        Case number, if known _____

Debtor  Metronomic Holdings, LLC  Case number *(if known)*_____
_____
Name

**11. Why is the case filed in *this district*?**

Check all that apply:

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                            State      ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❑ 1-49
❑ 50-99
☑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

**15. Estimated assets**

❑ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million

❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
☑ $50,000,001-$100 million
❑ $100,000,001-$500 million

❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

---

| Debtor | Metronomic Holdings, LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☑ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/23/2020
MM / DD / YYYY

✘ /s/ Ricky Trinidad
Signature of authorized representative of debtor

Ricky Trinidad
Printed name

Title Manager

**18. Signature of attorney**

✘ /s/ Aleida Martinez Molina
Signature of attorney for debtor

Date 09/23/2020
MM / DD / YYYY

Aleida Martinez Molina
Printed name

Weiss Serota Helfman Cole & Bierman, PL
Firm name

2525 Ponce de Leon Boulevard  Suite 700
Number      Street

Coral Gables
City

FL
State

33134
ZIP Code

3058540800
Contact phone

amartinez@wsh-law.com
Email address

869376
Bar number

FL
State

Fill in this information to identify the case:

Debtor name: Metronomic Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | QIDIAN  7925 JONES BRANCH DRIVE  STE 4350  TYSONS, VA, 22101 | | Unsecured Loan Repayments | | | | 51,304,168.00 |
| 2 | FUSE FUNDING  900 NW 6TH ST  STE 101A  FORT LAUDERDALE, FL, 33311 | | Mortgage | | | | 17,654,337.00 |
| 3 | TCM  141 NE 3RD AVE  STE 500  MIAMI, FL, 33132 | | Mortgage | | | | 5,750,000.00 |
| 4 | B & B  2601 NE 2ND AVE  MIAMI, FL, 33137 | | Mortgage | | | | 5,040,000.00 |
| 5 | KATALOX  1010 BRICKELL AVE  STE 4006  MIAMI, FL, 33131 | | Mortgage | | | | 2,086,000.00 |
| 6 | LURTON  2999 NE 191 ST  STE 901  AVENTURA, FL, 33180 | | Mortgage | | | | 1,800,000.00 |
| 7 | DERM  701 NW 1ST CT  MIAMI, FL, 33136 | | Suppliers or Vendors | | | | 1,510,011.47 |
| 8 | HUNT  230 PARK AVE 19TH FL  NEW YORK, NY, 10169 | | Mortgage | | | | 1,506,000.00 |

Debtor  Metronomic Holdings, LLC                                    Case number (if known)_____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | JAKIMOUR<br>3403 DAY AVE<br>MIAMI, FL, 33133 | | Unsecured Loan Repayments | | | | 1,000,000.00 |
| 10 | UNIVERSAL LOAN<br>2607 NE 189 ST<br>AVENTURA, FL, 33180 | | Unsecured Loan Repayments | | | | 1,000,000.00 |
| 11 | MIAMI TAX COLLECTOR<br>200 NW 2ND AVE 4TH FL<br>MIAMI, FL, 33128 | | PROPERTY TAXES | | | | 488,538.46 |
| 12 | PVBM<br>10101 S DIXIE HWY<br>PINECREST, FL, 33156 | | Mortgage | | | | 462,000.00 |
| 13 | BURGOS LANZA<br>1248 S ALAHAMBRA CIRCLE<br>CORAL GABLES, FL, 33146 | | Suppliers or Vendors | | | | 443,850.00 |
| 14 | MEXICAN AMERICAN CONSTRUCTION<br>2259 NE 42ND AVE<br>MIAMI, FL, 33033 | | Suppliers or Vendors | | | | 329,000.00 |
| 15 | M & M CONSTRUCTION<br>15271 NW 60TH AVE<br>MIAMI LAKES, FL, 33014 | | Suppliers or Vendors | | | | 283,681.31 |
| 16 | CITY OF MIAMI<br>444 SW 2ND AVE<br>MIAMI, FL, 33130 | | Suppliers or Vendors | | | | 244,994.10 |
| 17 | MIAMI DADE WATER AND SEWER DEPARTMENT<br>3071 SW 38TH AVE<br>MIAMI, FL, 33146 | | Suppliers or Vendors | | | | 166,591.61 |
| 18 | REGENCY MAINTENANCE INC<br>655 SE 37TH TERRACE<br>HOMESTEAD, FL, 33033 | | Suppliers or Vendors | | | | 146,982.06 |
| 19 | FLORIAN IRON DESIGNS<br>3540 NW 52 ST<br>MIAMI, FL, 33142 | | Suppliers or Vendors | | | | 125,197.12 |
| 20 | EXTREME ELECTRIC SYSTEMS INC<br>2431 W 80TH ST<br>UNIT 2<br>HIALEAH, FL, 33016 | | Suppliers or Vendors | | | | 89,402.78 |

ABIMAEL/JMO CONSTRUCTION
2915 NW 29 ST
MIAMI, FL 33125


ACQUEST MULTIMEDIA
14992 SW 158 PL
MIAMI, FL 33196


ACTION RENTALS
PO BOX 2208
DECATUR, AL 35609


ADVANCED ARCHAEOLOGY INC
1126 S FEDERAL HWY
STE 263
FT LAUDERDALE, FL 33316


AFA SURVEYORS
13050 SW 133RD CT
MIAMI, FL 33186


ALA ARCHITECTS & PLANNERS
2600 BEHAN RD
CRYSTAL LAKE, IL 60014


ANDOLINI
3241 NW 82 AVE
DORAL, FL 33122


ARC DOCUMENTS
1805 PONCE DE LEON BLVD
STE 135
CORAL GABLES, FL 33134


ARC ENVIRONMENTAL CONSULTING
269 NE 166 ST
NORTH MIAMI BEACH, FL 33162


AT&T
PO Box 536216
Atlanta, GA 30353


ATLAS PLUMBING
9314 NW  13TH ST
STE 8
DORAL, FL 33172


AZ DRYWALL FINISHING
2725 N THATCHER
STE 405
RIVER GROVE, IL 60171

B & B
2601 NE 2ND AVE
MIAMI, FL 33137


BARRICADES INC
7904 NW 67 ST
MIAMI, FL 33166


BDK CONCRETE INC
12401 W OKEECHOBEE RD
STE 405
HIALEAH GARDENS, FL 33018


BEST HOME PROTECTION WINDOWS & DOORS
15420 SW 136 ST
STE 6
MIAMI, FL 33196


BEST PEST CONTROL
20110 SW 91ST AVE
CUTLER BAY, FL 33189


BIES UNDERGROUND TECHNOLOGIES
PO BOX 912
ANTIOCH, IL 60002


BISCAYNE BANK, A FLORIDA STATE CHARTERED COMM
2801 S. BAYSHORE DRIVE
SUITE 800
COCONUT GROVE, FL 33133


BURGOS LANZA
1248 S ALAHAMBRA CIRCLE
CORAL GABLES, FL 33146


CALULACO CONSTRUCTION
5984 SW 41ST ST
MIAMI, FL 33155


CARABALLO LOCKSMITH
1270 SW 8 ST
MIAMI, FL 33135


CAYMARES DESIGNS
5001 SW 74 CT
STE 100
MIAMI, FL 33155


Chase – PP
PO Box 6185
Westerville, OH 43086

CITY OF CRYSTAL LAKE
100 W WOODSTOCK ST
CRYSTAL LAKE, IL 60039


CITY OF MIAMI
444 SW 2ND AVE
MIAMI, FL 33130


CLAD
3390 MARY ST
STE 135
MIAMI, FL 33133


CLEAN CUT TREE CARE
31064 N IL ROUTE 83
GRAYSLAKE, IL 60030


COLLINSWORTH, ALTER, FOWLER & FRENCH LLC
8000 GOVERNORS SQUARE BLVD
STE 301
MIAMI LAKES, FL 33016


ComEd
PO Box 6111
Carol Stream, IL 60197


CONCRETE CONNECTIONS
3510 WASHINGTON ST
STE 200
PARK CITY , IL 60085


CORK'S PLUMBING AND HEATING INC
10249 VINE ST
HUNTLY, IL 60142


CRESPO SEAMLESS GUTTERS
13925 SW 140 ST
MIAMI, FL 33186


CRQ FLORIDA INC
16518 SW 36TH ST
MIRAMAR, FL 33027


CTB PAINTERS
1490 SKYRIDGE DR
STE D
CRYSTAL LAKE, IL 60014


DADE CONTRACTING INC
7711 NW 74 AVENUE
STE 3
MIAMI, FL 33166

**DEPABLOS COLLECTION**
1550 W 34TH PL
HIALEAH, FL 33012


**DERM**
701 NW 1ST CT
MIAMI, FL 33136


**DOOR FACTORY INC**
2085 JOHN P LYONS LANE
HALLANDALE BEACH, FL 33099


**EASTERN ENGINEERING**
3401 NW 82ND AVE
STE 370
DORAL , FL 33122


**EEQ CONSTRUCTION**
7882 SW 34TH LANE
HIALEAH, FL 33018


**EGS2 CORPORATION**
14121 SW 119 AVE
MIAMI, FL 33186


**EMPIRE ELECTRIC**
2200 SW 67TH AVE
MIAMI, FL 33155


**EMPIRE FIRE**
2200 SW 67TH AVE
MIAMI, FL 33155


**ENSURGROUP**
12804 SW 8 ST
MIAMI, FL 33184


**EQUIPMENT & TOOLS SOLUTION**
3233 NW 7 ST
MIAMI, FL 33125


**EXPECT A MIRACLE PRODUCTION**
3842 LEAFY WAY
MIAMI, FL 33133


**EXTREME ELECTRIC SYSTEMS INC**
2431 W 80TH ST
UNIT 2
HIALEAH, FL 33016

**FACTORY DIRECT SUPPLY INC**
**11230 WILES RD**
**CORAL SPRINGS, FL 33076**


**FENIX GLASS INC**
**765 EAST 20TH ST**
**HIALEAH, FL 33013**


**FG ENGINEERS INC**
**1313 PONCE DE LEON BLVD**
**STE 300**
**CORAL GABLES, FL 33134**


**FLORIAN IRON DESIGNS**
**3540 NW 52 ST**
**MIAMI, FL 33142**


**FLORIDA DEPARTMENT OF HEALTH**
**4052 BALD CYPRESS WAY**
**TALAHASSEE, FL 32399**


**FPL**
**FPL General Mail Facility**
**Miami, FL 33188**


**FRANCISCO ESPINOSA**
**1821 SW 74 RD**
**MIAMI, FL 33155**


**FRYD Mortgage, LLC**
**523 Michigan Avenue**
**Miami Beach, FL 22139**


**FUSE FUNDING**
**900 NW 6TH ST**
**STE 101A**
**FORT LAUDERDALE, FL 33311**


**FUSE FUNDING FUND I, LLC**
**900 NW 6TH STREET**
**SUITE 201**
**FORT LAUDERDALE, FL 33311**


**G3 DESIGN BUILD LLC**
**975 ARTHUR GODFREY RD**
**STE 401**
**MIAMI BEACH, FL 33140**


**GEORGE'S CRANE SERVICES**
**2190 NW 110TH AVE**
**MIAMI, FL 33172**

GOLDEN SUN DEVELOPMENT
11253 SW 25 TERRACE
MIAMI, FL 33165


GREENBERG TRAURIG
333 SE 2ND AVE
MIAMI, FL 33131


GUNTER GROUP INC
9350 SW 22ND TERRACE
MIAMI, FL 33165


HONOR CAPITAL
PO BOX 829522
PEMBROKE PINES, FL 33082


HUNT
230 PARK AVE 19TH FL
NEW YORK, NY 10169


INTERNATIONAL DATA DEPOSITORY
3450 NW 112 ST
MIAMI, FL 33167


ITALKRAFT
2900 NW 77 CT
MIAMI, FL 33122


JAKIMOUR
3403 DAY AVE
MIAMI, FL 33133


JAT COMMERICAL & RESIDENTIAL SERVICES
13360 SW 2ND ST
MIAMI, FL 33184


JCA ENGINEERS LLC
8120 PASADENA BLVD
STE A
PEMBROKE PINES, FL 33024


JIMAGUAYU INTERNATIONAL/JIT STONE
4320 SW 153 TERRACE
MIRAMAR, FL 33027


JORGE CAMERO
7400 SW 50TH TERRACE
STE 204
MIAMI, FL 33155

JUAN CARDOZO
8508 CUTLER COURT
MIAMI, FL 33189


KATALOX
1010 BRICKELL AVE
STE 4006
MIAMI, FL 33131


LAKESHORE RECYCLING SYSTEMS
1655 POWIS ROAD
WEST CHICAGO, IL 60185


LANDMARK SURVEYING & ASSOC INC
1435 SW 87 AVE
STE 201
MIAMI, FL 33174


LED ARE US
9840 NW 77TH AVE
HIALEAH, FL 33016


LOPEZ PROFESSIONAL ENGINEERING
8605 SW 2ND ST
MIAMI, FL 33144


LOUDEN BROADWAY PROPERTIES, LLC
1560 SAWGRASS CORPOPRATE PKWY
SUITE 474
SUNRISE, FL 33323


LURTON
2999 NE 191 ST
STE 901
AVENTURA, FL 33180


M & M CONSTRUCTION
15271 NW 60TH AVE
MIAMI LAKES, FL 33014


MCMASTER CONCRETE
8720 NW 91 ST
MEDLEY, FL 33178


MCNAMARA SALVIA BOSTON
2 BISCAYNE BLVD
STE 3795
MIAMI, FL 33131


MEP CONSULTING ENGINEERS
717 PONCE DE LEON BLVD
STE 309A
Coral Gables, AK 33134

```
MEXICAN AMERICAN CONSTRUCTION
2259 NE 42ND AVE
MIAMI, FL 33033


MIAMI DADE WATER AND SEWER DEPARTMENT
3071 SW 38TH AVE
MIAMI, FL 33146


MIAMI MECHANICAL
268 NE 59 ST
MIAMI, FL 33137


MIAMI PARKING AUTHORITY
40 NW 3RD ST
MIAMI, FL 33128


MIAMI TAX COLLECTOR
200 NW 2ND AVE 4TH FL
MIAMI, FL 33128


NEW WORLD MASONRY
10675 SW 190 ST
SUITE 1111


NEWMAN ARCHITECTURE
1730 PARK ST
STE 115
NAPERVILLE, IL 60653


OTIS ELEVATORS
16200 NW 59TH AVE
STE 109
MIAMI LAKES, FL 33014


PBVMF 24 LLC; C/O FLORIDA MORTGAGE GRO
10101 DOUTH DIXIE HIGHWAY
PINECREST, FL 33156


PCE DESIGN LLC
6065 NW 167 ST
STE B3
MIAMI, FL 33015


PINE BAY MORTAGE VENTURES MORTGAGE FUND, LLC
9771 SOUTH DIXIE HIGHWAY
MIAMI, FL 33156


PIT STOP
6132 OAKTON ST
MORTON GROVE, IL 60053
```

**PREMIUM CONCRETE CUTTING**
PO BOX 348
WADSWORTH, IL 60083


**PRIVADO LANDSCAPING**
1375 SW 127 CT
MIAMI, FL 33184


**PVBM**
10101 S DIXIE HWY
PINECREST, FL 33156


**QIDIAN**
7925 JONES BRANCH DRIVE
STE 4350
TYSONS, VA 22101


**RANDELL ROOFING**
6N322 BAKER DRIVE
ITASCA, IL 60143


**RC QUALITY AIR**
7877 NW 192 ST
HIALEAH, FL 33015


**REBECCA FRYDMAN CREATIVE LLC**
2234 N FEDERAL HWY
STE 452
BOCA RATON, FL 33431


**REGENCY MAINTENANCE INC**
655 SE 37TH TERRACE
HOMESTEAD, FL 33033


**ROVERMARKET RESEARCH**
8201 COLLINS AVE
SUNNY ISLES BEACH, FL 33155


**RS ENVIRONMENTAL CONSULTING**
12273 SW 129th Ct
MIAMI, FL 33186


**SET ENGINEERING AND LABORATORIES**
13714 SW 145TH CT
MIAMI, FL 33186


**SKYLINE CONSTRUCTION & RESTORATION CORP**
3015 NW 75  ST
MIAMI, FL 33147

SOIL AND MATERIAL CONSULTANTS
8 W COLLEGE DR
STE C
ARLINGTON HEIGHTS, IL 60004


STUDIO A ENGINEERING
10770 NW 66 ST
STE 401
DORAL, FL 33178


TAX SAVERS OF MIAMI
717 PONCE DE LEON BLVD
STE 330
CORAL GABLES, FL 33134


TC ENGINEERING
7815 SW 22ND ST
MIAMI, FL 33155


TCM
141 NE 3RD AVE
STE 500
MIAMI, FL 33132


THE LOCKWOOD LAW FIRM
420 WASHINGTON ST
WOODSTOCK, IL 60098


THE WAGGONER LAW FIRM
4 N WALKUP AVE
CRYSTAL LAKE , IL 60014


THIRD AMENDED AND RESTATED J. RUSSELL NORDAHL
540 BILTMORE WAY
CORAL GABLES, FL 33134


TRANSCENDING DESIGNS INC
117 S COOK ST
STE 222
BARRINGTON, IL 60010


UNITED ENGINEERING INC
9700 S DIXIE HIGHWAY
STE 880
MIAMI, FL 33156


UNIVERSAL LOAN
2607 NE 189 ST
AVENTURA, FL 33180

URIBENZ
8075 NW 7 ST
STE 314
MIAMI, FL 33126


US SOUTH ENGINEERING & TESTING
14400 NW 77 CT
STE 201
MIAMI LAKES, FL 33186


VANDERSTAPPEN LAND SURVEYING INC
1316 N MADISON ST
WOODSTOCK, IL 60098


VMG DESIGN
834 NW 208 DRIVE
PEMBROKE PINES, FL 33029


WALDMAN BARNET PI
3250 MARY ST
STE 102
MIAMI, FL 33133


WHEADON FINANCIAL
9 VIRGINIA RD
CRYSTAL LAKE, IL 60014


WILINSON HI-RISE
3001 GREENE ST
HOLLYWOOD, FL 33020


Xfinity
PO Box 71211
Charlotte, NC 28272


YERO CONCRETE SERVICE CORP
1300 W 53 ST
HIALEAH, FL 33012

United States Bankruptcy Court
Southern District of Florida

In re: Metronomic Holdings, LLC

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   09/23/2020

/s/ Ricky Trinidad
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor