**Fill in this information to identify the case:**

Debtor name: Metronomic Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): 20-20310-LMI

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | QIDIAN  7925 JONES BRANCH DRIVE  STE 4350  TYSONS, VA, 22101 | | Unsecured Loan Repayments | | | | 51,304,168.00 |
| 2 | FUSE FUNDING  900 NW 6TH ST  STE 101A  FORT LAUDERDALE, FL, 33311 | | Mortgage | | | | 17,654,337.00 |
| 3 | TCM  141 NE 3RD AVE  STE 500  MIAMI, FL, 33132 | | Mortgage | | | | 5,750,000.00 |
| 4 | B & B  2601 NE 2ND AVE  MIAMI, FL, 33137 | | Mortgage | | | | 5,040,000.00 |
| 5 | KATALOX  1010 BRICKELL AVE  STE 4006  MIAMI, FL, 33131 | | Mortgage | | | | 2,086,000.00 |
| 6 | LURTON  2999 NE 191 ST  STE 901  AVENTURA, FL, 33180 | | Mortgage | | | | 1,800,000.00 |
| 7 | DERM  701 NW 1ST CT  MIAMI, FL, 33136 | | Suppliers or Vendors | | | | 1,510,011.47 |
| 8 | HUNT  230 PARK AVE 19TH FL  NEW YORK, NY, 10169 | | Mortgage | | | | 1,506,000.00 |

Debtor  Metronomic Holdings, LLC  
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | JAKIMOUR<br>3403 DAY AVE<br>MIAMI, FL, 33133 | | Unsecured Loan Repayments | | | | 1,000,000.00 |
| 10 | UNIVERSAL LOAN<br>2607 NE 189 ST<br>AVENTURA, FL, 33180 | | Unsecured Loan Repayments | | | | 1,000,000.00 |
| 11 | MIAMI TAX COLLECTOR<br>200 NW 2ND AVE 4TH FL<br>MIAMI, FL, 33128 | | PROPERTY TAXES | | | | 488,538.46 |
| 12 | PVBM<br>10101 S DIXIE HWY<br>PINECREST, FL, 33156 | | Mortgage | | | | 462,000.00 |
| 13 | BURGOS LANZA<br>1248 S ALAHAMBRA CIRCLE<br>CORAL GABLES, FL, 33146 | | Suppliers or Vendors | | | | 443,850.00 |
| 14 | MEXICAN AMERICAN CONSTRUCTION<br>2259 NE 42ND AVE<br>MIAMI, FL, 33033 | | Suppliers or Vendors | | | | 329,000.00 |
| 15 | M & M CONSTRUCTION<br>15271 NW 60TH AVE<br>MIAMI LAKES, FL, 33014 | | Suppliers or Vendors | | | | 283,681.31 |
| 16 | CITY OF MIAMI<br>444 SW 2ND AVE<br>MIAMI, FL, 33130 | | Suppliers or Vendors | | | | 244,994.10 |
| 17 | MIAMI DADE WATER AND SEWER DEPARTMENT<br>3071 SW 38TH AVE<br>MIAMI, FL, 33146 | | Suppliers or Vendors | | | | 166,591.61 |
| 18 | REGENCY MAINTENANCE INC<br>655 SE 37TH TERRACE<br>HOMESTEAD, FL, 33033 | | Suppliers or Vendors | | | | 146,982.06 |
| 19 | FLORIAN IRON DESIGNS<br>3540 NW 52 ST<br>MIAMI, FL, 33142 | | Suppliers or Vendors | | | | 125,197.12 |
| 20 | EXTREME ELECTRIC SYSTEMS INC<br>2431 W 80TH ST<br>UNIT 2<br>HIALEAH, FL, 33016 | | Suppliers or Vendors | | | | 89,402.78 |