AMENDED

**Fill in this information to identify the case:**

Debtor name ___Metronomic Holdings, LLC___

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): ___20-20310-LMI___

☑ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | QIDIAN 7925 JONES BRANCH DRIVE STE 4350 TYSONS, VA, 22101 | | Unsecured Loan Repayments | Unliquidated | | | 35,305,201.00 |
| 2 | DERM 701 NW 1ST CT MIAMI, FL, 33136 | | Suppliers or Vendors | Contingent | | | 1,510,011.47 |
| 3 | JAKIMOUR GROUP LLC 3403 DAY AVE MIAMI, FL, 33133 | | | Unliquidated | | | 1,000,000.00 |
| 4 | MIAMI -DADE TAX COLLECTOR 200 NW 2ND AVE 4TH FL MIAMI, FL, 33128 | | Taxes & Other Government Units | Unliquidated | | | 381,230.88 |
| 5 | CITY OF MIAMI 444 SW 2ND AVE MIAMI, FL, 33130 | | No Sub Type | | | | 244,994.10 |
| 6 | NEW WORLD MASONRY 10675 SW 190 ST SUITE 1111 , FL, 33157 | | Suppliers or Vendors | Disputed | | | 86,696.40 |
| 7 | M & M CONSTRUCTION 4781 SW 74th Terrace Davie, FL, 33314 | | Suppliers or Vendors | Unliquidated | | | 65,000.00 |
| 8 | CRQ FLORIDA INC 16518 SW 36TH ST MIRAMAR, FL, 33027 | | Suppliers or Vendors | Disputed | | | 56,607.50 |

AMENDED

| Debtor | Metronomic Holdings, LLC | Case number *(if known)* | 20-20310-LMI |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | EXTREME ELECTRIC SYSTEMS INC 2431 W 80TH ST, UNIT 2 HIALEAH, FL, 33016 | | Suppliers or Vendors | Disputed | | | 33,085.00 |
| 10 | COLLINSWORTH, ALTER, FOWLER & FRENCH LLC 8000 GOVERNORS SQUARE BLVD, STE 301 MIAMI LAKES, FL, 33016 | | Suppliers or Vendors | Disputed | | | 23,782.66 |
| 11 | RANDELL ROOFING 6N322 BAKER DRIVE ITASCA, IL, 60143 | | Suppliers or Vendors | Disputed | | | 20,700.00 |
| 12 | PCE DESIGN LLC 6065 NW 167 ST STE B3 MIAMI, FL, 33015 | | Suppliers or Vendors | Disputed | | | 19,780.00 |
| 13 | FRANCISCO ESPINOSA 1821 SW 74 RD MIAMI, FL, 33155 | | Suppliers or Vendors | Disputed | | | 18,500.00 |
| 14 | Chase - PP PO Box 6185 Westerville, OH, 43086 | | | Disputed | | | 17,000.00 |
| 15 | UNITED ENGINEERING INC 9700 S DIXIE HIGHWAY STE 880 MIAMI, FL, 33156 | | Suppliers or Vendors | Disputed | | | 13,205.67 |
| 16 | ENSURGROUP 12804 SW 8 ST MIAMI, FL, 33184 | | Suppliers or Vendors | Unliquidated | | | 7,777.59 |
| 17 | JCA ENGINEERS LLC 14449 SW 17 ST Miami, FL, 33175 | | Suppliers or Vendors | Unliquidated | | | 5,000.00 |
| 18 | CTB PAINTERS 1490 SKYRIDGE DR, UNIT D CRYSTAL LAKE, IL, 60014 | | Suppliers or Vendors | Unliquidated | | | 3,530.00 |
| 19 | PRIVADO LANDSCAPING 1375 SW 127 CT MIAMI, FL, 33184 | | Suppliers or Vendors | Unliquidated | | | 3,200.00 |
| 20 | MIAMI DADE WATER AND SEWER DEPARTMENT 3071 SW 38TH AVE MIAMI, FL, 33146 | | Taxes & Other Government Units | Contingent | | | 2,800.00 |