**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                          Case No. 20-20310-LMI

Metronomic Holdings, LLC,                                       Chapter 11

     Debtor.

_____/

**AMENDED NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR**
**REMOVAL FROM SERVICE LIST FOR JEFFREY T. KUCERA,**
**JAVIER ROLDAN-CORA, AND K&L GATES LLP**

Jeffrey T. Kucera, Esq., Javier Roldan-Cora and K&L Gates LLP hereby give notice of

their withdrawal of appearance as Counsel for Creditor Qidian LLC, and request that they be

removed from the Court's service list, and from the list of recipients registered to receive

electronic notifications in this case.  The mailing address for Qidian LLC is:

     Qidian LLC
     7925 Jones Branch Drive, Suite 4350
     Tysons, Virginia 22102

Dated: April 20, 2021

                    Respectfully submitted,

                    K&L Gates LLP

                    */s/ Jeffrey T. Kucera*
                    Jeffrey T. Kucera
                    Florida Bar No. 68233
                    200 South Biscayne Boulevard
                    Suite 3900
                    Miami, FL 33131
                    Telephone: 305-539-3322
                    Facsimile:  305-358-7095
                    Email:  Jeffrey.Kucera@klgates.com

309565844.4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2021, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Jeffrey T. Kucera*
Jeffrey T. Kucera

## SERVICE LIST

**20-20310-LMI Notice will be electronically mailed to:**

Thomas L Abrams on behalf of Creditor B and B Grove Properties, LLC
tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Nory M Acosta on behalf of Creditor Universal Loan
nory.acostalopez@qpwblaw.com, gcastro@qpwblaw.com

Ido J Alexander, Esq on behalf of Creditor Jakimour Group, LLC
ija@lsaslaw.com, info@lsaslaw.com; aslawpllc@ecf.inforuptcy.com;
jb@lsaslaw.com;zbs@lsaslaw.com

Joel M. Aresty, Esq. on behalf of Interested Party Ana Guttierez
aresty@mac.com

Patricia M Arias, Esq on behalf of Creditor U.S. American Concrete Mix Corp
pma@pariaslaw.com; esq874@aol.com

Eleanor T Barnett on behalf of Creditor Waldman Barnett, P.L.
msayre@waldmanbarnett.com; litservice@waldmanbarnett.com

Jeffrey S. Berlowitz on behalf of Creditor Centerfield Villas South, LLC
jberlowitz@siegfriedrivera.com; jortega@siegfriedrivera.com

Leyza F. Blanco, Esq. on behalf of Mediator Leyza Blanco
lblanco@sequorlaw.com; jdiaz@sequorlaw.com

Robert P. Charbonneau, Esq. on behalf of Interested Party Katalox Investments, LLC
rpc@agentislaw.com; nsocorro@agentislaw.com; bankruptcy@agentislaw.com;
bankruptcy.ecc@ecf.courtdrive.com

Ileana Espinosa Christianson, Esq. on behalf of Interested Party J&M Scaffolds of Florida, Inc
ichristianson@sgc-attorneys.com, lnegron@sgc-attorneys.com

309565844.4

Ileana Espinosa Christianson, Esq. on behalf of Interested Party Rene Guerra
ichristianson@sgc-attorneys.com, lnegron@sgc-attorneys.com

Heather A DeGrave on behalf of Creditor Herc Rentals, Inc.
hdegrave@walterslevine.com, jduncan@walterslevine.com

Jonathan S. Feldman on behalf of Creditor Elan Gershoni
feldman@katiephang.com, service@katiephang.com

Stuart M. Gold, Esq. on behalf of Creditor A&S Capital LLC
sgold@swglawyers.com

Daniel N Gonzalez, Esq on behalf of Creditor Fuse Funding Fund I, LLC
dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com;
mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com;
phornia@ecf.courtdrive.com

Daniel N Gonzalez, Esq on behalf of Interested Party Fuse 5 Holdings SPV, LLC
dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;
gonzalez@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Lenard H. Gorman, Esq. on behalf of Interested Party Little Eden Day Care Center Inc.
lenard@gormanpa.com

John C Hanson on behalf of Creditor Commercial Steel Services, LLC
jhanson@barthet.com, mmasi@barthet.com

John C Hanson on behalf of Creditor Lunacon Engineering Group, Inc.
jhanson@barthet.com, mmasi@barthet.com

Andrea S. Hartley on behalf of Creditor Wilmington Trust, N.A., not in its individual capacity, but solely as Trustee of MFRA Trust 2016-1
andrea.hartley@akerman.com, janet.salinas@akerman.com

Nicole Grimal Helmstetter on behalf of Interested Party Katalox Investments, LLC
ngh@agentislaw.com, nsocorro@agentislaw.com; bankruptcy@agentislaw.com;
ngh@ecf.inforuptcy.com

Alen Hsu on behalf of Debtor Metronomic Holdings, LLC
ahsu@wsh-law.com, rknorr@wsh-law.com

Linda W Jackson on behalf of Interested Party FSE Investments, Inc.
LJackson@PardoJackson.com, catheryne@pardojackson.com;
mfuentes@pardojackson.com

Harris J. Koroglu on behalf of Interested Party U.S. Bank National Association as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50
hkoroglu@shutts.com, LJohnson-Kennedy@shutts.com; bvelapoldi@shutts.com

Aleida Martinez Molina on behalf of Debtor Metronomic Holdings, LLC
amartinez@wsh-law.com, isevilla@wsh-law.com

Daniel A Miller, Esq on behalf of Creditor 9th Street Land LLC
dam@slusherandrosenblum.com, sd@slusherandrosenblum.com

Wanda D Murray on behalf of Creditor JPMorgan Chase Bank, N.A.
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Joseph A Pack on behalf of Debtor Metronomic Holdings, LLC
joe@packlaw.com

Jordan L Rappaport, Esq on behalf of Creditor Clear Choice Windows
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

Mark S. Roher, Esq. on behalf of Creditor Jurado & Farshchian, P.L.
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Mahra C Sarofsky on behalf of Creditor 9th Street Land LLC
mcs@slusherandrosenblum.com, sal@slusherandrosenblum.com

Christopher W Swift-Perez on behalf of Creditor Chris Swift-Perez
cswiftperez@gmail.com

Timothy S Taylor on behalf of Creditor Superior Mix, Corp.
ttaylor@tevtlaw.com, vperez@tevtlaw.com;vvancleaf@tevtlaw.com

Olga M Vieira on behalf of Interested Party Kelly Beam
olga.vieira@gmlaw.com, Gloria.Donaire@gmlaw.com

Olga M Vieira on behalf of Interested Party Richard Trinidad
olga.vieira@gmlaw.com, Gloria.Donaire@gmlaw.com

Jonathan K Winer on behalf of Creditor Fuse Funding Fund I, LLC
jonathankwiner@aol.com

Jonathan K Winer on behalf of Interested Party Fuse 5 Holdings SPV, LLC
jonathankwiner@aol.com

309565844.4

**20-20310-LMI Notice will be mailed to:**

ARC Document Solutions
1510 Chester Pike #120
Eddystone, PA 19022

Jeff Azuse
Hilco Real Estate, LLC
5 Revere Drive #320
Northbrook, IL 60062

Miami-Dade County Tax Collector
Peter K. Cam, Tax Collector
c/o Alexis Gonzalez
200 NW 2nd Avenue, Suite 430
Miami, FL 33128

309565844.4