FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No.: 1

| Case No.: | 20-20310 | Trustee Name: | Robert A. Angueira |
| --- | --- | --- | --- |
| Case Name: | METRONOMIC HOLDINGS, LLC | Date Filed (f) or Converted (c): | 01/20/2022 (c) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 03/08/2022 |
|  |  | Claims Bar Date: | 04/01/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Chase Manhattan Bank Checking Acct 2570 | $952.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Bank Savings Acct. 1768 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Office Furniture | $10,000.00 | $0.00 | | $0.00 | FA |
| 5 | Real Property- See Schedule A/B Part 9, Question 55 Attachment | $92,610,846.00 | $0.00 | | $0.00 | FA |
| 6 | Cause of action against Spectrum Mortgage/Florida Mortgage Group | $406,000.00 | $0.00 | | $0.00 | FA |
| 7 | City National Bank DIP Account 4431 (u) | $51,614.47 | $51,614.47 | | $51,614.47 | FA |
| 8 | Refund of Overpayment of Debtor's three professionals. Pack Law, PA, B. Riley Advisory Services, and Weiss Serota. (u) | $950.52 | $950.52 | | $950.52 | FA |
| 9 | Potential Chapter 5 Claims (u) | Unknown | Unknown | | $0.00 | Unknown |

TOTALS (Excluding unknown value)                                Gross Value of Remaining Asset

$93,080,362.99                $52,564.99                                $52,564.99                        $0.00

**Major Activities affecting case closing:**

09/30/2022    Trustee has hired special counsel to investigate potential Chapter 5 claims. Hearing on Motion to extend time to 3/7/23 has been set for 11/7/22.  Trustee reviewed case status. (LT)

06/30/2022    Trustee investigating financial records of Debtor and considering potential claims. (LT)

| Initial Projected Date Of Final Report (TFR): | 12/31/2024 | Current Projected Date Of Final Report (TFR): | 12/31/2024 | /s/ ROBERT A. ANGUEIRA |
| --- | --- | --- | --- | --- |
| | | | | ROBERT A. ANGUEIRA |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 20-20310 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | METRONOMIC HOLDINGS, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8203 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/01/2022 | (7) | CIty National Bank | Closed out DIP bank account City National Acct xxx4431 | 1229-000 | $51,614.47 | | $51,614.47 |
| 02/08/2022 | (8) | Weiss Serota et al | These were funds that should have been in City National Bank DIP Account to pay the UST Quarterly Fees.  Refund of overpayment Weiss Serota Lawfirm | 1229-000 | $316.84 | | $51,931.31 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $75.57 | $51,855.74 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $83.67 | $51,772.07 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $83.54 | $51,688.53 |
| 05/23/2022 | (8) | Pack Law PA | DE #521. Order granting Motion to Compel Compliance. Refund of overpayment. | 1229-000 | $316.84 | | $52,005.37 |
| 05/23/2022 | (8) | GlassRatner Advisory | Pursuant to court order D.E. #521.  Order granting Motion to Compel Compliance. Refund of overpayment. | 1229-000 | $316.84 | | $52,322.21 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $81.01 | $52,241.20 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $81.58 | $52,159.62 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $84.16 | $52,075.46 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $84.03 | $51,991.43 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $86.60 | $51,904.83 |

**SUBTOTALS**     $52,564.99     $660.16

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 20-20310 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | METRONOMIC HOLDINGS, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8203 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $52,564.99 | $660.16 | $51,904.83 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $52,564.99 | $660.16 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $52,564.99 | $660.16 | |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 02/01/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $52,564.99 | Total Compensable Receipts: | $52,564.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,564.99 | Total Comp/Non Comp Receipts: | $52,564.99 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $660.16 | Total Compensable Disbursements: | $660.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $660.16 | Total Comp/Non Comp Disbursements: | $660.16 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 20-20310 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | METRONOMIC HOLDINGS, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8203 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $52,564.99 | $660.16 | $51,904.83 |

|  For the period of  10/01/2021 to 09/30/2022 | | For the entire history of the account between 02/01/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $52,564.99 | Total Compensable Receipts: | $52,564.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,564.99 | Total Comp/Non Comp Receipts: | $52,564.99 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $660.16 | Total Compensable Disbursements: | $660.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $660.16 | Total Comp/Non Comp Disbursements: | $660.16 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT A. ANGUEIRA

ROBERT A. ANGUEIRA