**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-20310-LMI |
| | § | |
| METRONOMIC HOLDINGS, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Robert A. Angueira, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $93,037,798.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $259,538.85 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $93,026.14 | | |

3) Total gross receipts of $352,564.99 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $352,564.99 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $36,659,507.00 | $37,028,559.03 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $93,026.14 | $93,026.14 | $93,026.14 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $632,873.09 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $38,205,223.57 | $6,274,491.78 | $4,003,931.13 | $259,538.85 |
| **Total Disbursements** | $75,497,603.66 | $43,396,076.95 | $4,096,957.27 | $352,564.99 |

4).  This case was originally filed under chapter 11 on 09/23/2020. The case was converted to one under Chapter 7 on 01/20/2022. The case was pending for 27 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/23/2024             By:   /s/ Robert A. Angueira
                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| City National Bank DIP Account 4431 | 1229-000 | $51,614.47 |
| Refund of Overpayment of Debtor's three professionals. Pack Law, PA,  B. Riley Advisory Services, and Weiss Serota. | 1229-000 | $950.52 |
| Potential Chapter 5 Claims - Settlement with Kelly Beam DE#567 | 1241-000 | $150,000.00 |
| Settlement with American Express attributable to potential avoidance actions due to alleged pre-petition fraudulent tran | 1241-000 | $150,000.00 |
| **TOTAL GROSS RECEIPTS** | | $352,564.99 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Valley Fire Protection Systems, Inc. | 4110-000 | $0.00 | $53,500.00 | $0.00 | $0.00 |
| 14 | FUSE FUNDING FUND I, LLC | 4110-000 | $17,654,337.00 | $22,690,598.61 | $0.00 | $0.00 |
| 17 | Lunacon Construction Group, Corp. | 4110-000 | $0.00 | $375,185.85 | $0.00 | $0.00 |
| 20 | A&S Capital LLC | 4110-000 | $0.00 | $879,265.48 | $0.00 | $0.00 |
| 21 | A&S Capital LLC | 4110-000 | $0.00 | $877,902.04 | $0.00 | $0.00 |
| 23 | 9th Street Land LLC | 4110-000 | $0.00 | $493,610.92 | $0.00 | $0.00 |
| 27 | Clear Choice Windows & Doors, Inc. | 4110-000 | $0.00 | $216,612.16 | $0.00 | $0.00 |
| 32 | Katalox Investments, LLC | 4110-000 | $2,500,000.00 | $2,974,033.65 | $0.00 | $0.00 |
| 33 | Wilmington Trust, N.A., as Trustee | 4110-000 | $5,750,000.00 | $6,659,418.22 | $0.00 | $0.00 |
| 36 | MIAMI TAX COLLECTOR | 4110-000 | $0.00 | $810,126.34 | $0.00 | $0.00 |
| 37 | MIAMI TAX COLLECTOR | 4110-000 | $0.00 | $810,126.34 | $0.00 | $0.00 |
| 38 | CCH FL 2 LLC | 4110-000 | $0.00 | $56,277.81 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---:|---:|---:|---:|
| 39 | CC2 FL LLC | 4110-000 | $0.00 | $31,962.01 | $0.00 | $0.00 |
| 40 | TLOA of Florida, LLC | 4110-000 | $0.00 | $7,592.50 | $0.00 | $0.00 |
| 43 | Keys Funding LLC | 4110-000 | $0.00 | $7,399.05 | $0.00 | $0.00 |
| 44 | KEYS FUNDING LLC | 4110-000 | $0.00 | $6,194.81 | $0.00 | $0.00 |
| 45 | KEYS FUNDING LLC | 4110-000 | $0.00 | $5,645.58 | $0.00 | $0.00 |
| 46 | KEYS FUNDING LLC | 4110-000 | $0.00 | $7,137.41 | $0.00 | $0.00 |
| 48 | TLGFY, LLC | 4110-000 | $0.00 | $6,175.64 | $0.00 | $0.00 |
| 49 | TLGFY, LLC | 4110-000 | $0.00 | $12,323.97 | $0.00 | $0.00 |
| 50 | TLGFY, LLC | 4110-000 | $0.00 | $8,126.92 | $0.00 | $0.00 |
| 51 | TLGFY, LLC | 4110-000 | $0.00 | $7,405.30 | $0.00 | $0.00 |
| 52 | TLGFY, LLC | 4110-000 | $0.00 | $8,141.14 | $0.00 | $0.00 |
| 53 | TLGFY, LLC | 4110-000 | $0.00 | $19,431.11 | $0.00 | $0.00 |
| 54 | TLGFY, LLC | 4110-000 | $0.00 | $4,366.17 | $0.00 | $0.00 |
| | B&B Grove Properties LLC | 4110-000 | $6,248,934.00 | $0.00 | $0.00 | $0.00 |
| | HUNT MORTGAGE PARTNERS LLC | 4110-000 | $1,506,000.00 | $0.00 | $0.00 | $0.00 |
| | LURTON CAPITAL LLC | 4110-000 | $1,564,236.00 | $0.00 | $0.00 | $0.00 |
| | PBVMF 24 LLC; C/O FLORIDA MORTGAGE GRO | 4110-000 | $436,000.00 | $0.00 | $0.00 | $0.00 |
| | UNIVERSAL LOAN | 4110-000 | $225,000.00 | $0.00 | $0.00 | $0.00 |
| | Universal Loan | 4110-000 | $775,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $36,659,507.00 | $37,028,559.03 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---:|---:|---:|---:|
| Robert A. Angueira, Trustee | 2100-000 | NA | $20,878.25 | $20,878.25 | $20,878.25 |
| Robert A. Angueira, Trustee | 2200-000 | NA | $152.13 | $152.13 | $152.13 |
| International Sureties, LTD | 2300-000 | NA | $40.01 | $40.01 | $40.01 |
| Veritex Community Bank | 2600-000 | NA | $3,397.48 | $3,397.48 | $3,397.48 |
| US Trustee Payment Center | 2950-000 | NA | $3,202.00 | $3,202.00 | $3,202.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | NA | $17,796.00 | $17,796.00 | $17,796.00 |
|---|---|---|---|---|---|---|
| Robert A. Angueira, PA, Attorney for Trustee | 3110-000 | | NA | $17,796.00 | $17,796.00 | $17,796.00 |
| Robert A. Angueira, PA, Attorney for Trustee | 3120-000 | | NA | $327.01 | $327.01 | $327.01 |
| Robert C. Meyer, PA, Special Counsel for Trustee | 3210-600 | | NA | $46,912.00 | $46,912.00 | $46,912.00 |
| Robert C. Meter, P.A., Special Counsel for Trustee | 3220-610 | | NA | $321.26 | $321.26 | $321.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $93,026.14 | $93,026.14 | $93,026.14 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITY OF CRYSTAL LAKE | 5800-000 | $1,707.71 | $0.00 | $0.00 | $0.00 |
| | CITY OF MIAMI | 5800-000 | $244,994.10 | $0.00 | $0.00 | $0.00 |
| | FLORIDA DEPARTMENT OF HEALTH | 5800-000 | $2,140.40 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service- notice only | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MIAMI DADE TAX COLLECTOR | 5800-000 | $381,230.88 | $0.00 | $0.00 | $0.00 |
| | MIAMI- DADE WATER AND SEWER | 5800-000 | $2,800.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $632,873.09 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ACQUEST MULTIMEDIA | 7100-000 | $750.00 | $750.00 | $0.00 | $0.00 |
| 2 | Newman Architecture, Inc. | 7100-000 | $0.00 | $19,195.00 | $0.00 | $0.00 |
| 3 | Jurado & Farshchian, P.L. | 7100-000 | $0.00 | $70,762.75 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Paramount Consulting & Engineering | 7100-000 | $0.00 | $65,989.00 | $65,989.00 | $4,277.48 |
| 5 | Elite Builders US, LLC | 7100-000 | $0.00 | $83,713.46 | $0.00 | $0.00 |
| 6 | Transcending Designs, Inc. | 7100-000 | $0.00 | $19,210.00 | $19,210.00 | $1,245.22 |
| 7 | JPMorgan Chase Bank, N.A. | 7100-000 | $17,000.00 | $17,532.00 | $0.00 | $0.00 |
| 8 | FRANCISCO ESPINOSA | 7100-000 | $18,500.00 | $9,780.00 | $0.00 | $0.00 |
| 9 | Empire Fire Safety LLC | 7100-000 | $1,203.75 | $3,262.96 | $0.00 | $0.00 |
| 11 | CLAD | 7100-000 | $0.00 | $154,801.86 | $0.00 | $0.00 |
| 12 | EASTERN ENGINEERING | 7100-000 | $1,750.00 | $1,750.00 | $0.00 | $0.00 |
| 13 | Otis Elevator Company | 7100-000 | $0.00 | $14,629.40 | $0.00 | $0.00 |
| 15 | JIMAGUAYU INTERNATIONAL TRADING | 7100-000 | $0.00 | $13,199.00 | $0.00 | $0.00 |
| 16 | Centerfield Villas South, LLC | 7100-000 | $0.00 | $3,040,764.91 | $3,040,764.91 | $197,105.45 |
| 18 | Commercial Steel Services, LLC | 7100-000 | $0.00 | $55,048.74 | $55,048.74 | $3,568.31 |
| 19 | JAKIMOUR | 7100-000 | $1,000,000.00 | $1,000,000.00 | $0.00 | $0.00 |
| 22 | RANDELL ROOFING | 7100-000 | $20,700.00 | $20,700.00 | $20,700.00 | $1,341.79 |
| 24 | WALDMAN BARNET PI | 7100-000 | $0.00 | $73,229.54 | $0.00 | $0.00 |
| 25 | U.S. American Concrete Mix, Corp. | 7100-000 | $0.00 | $82,835.00 | $82,835.00 | $5,369.45 |
| 26 | J&M Scaffolds of Florida, Inc. | 7100-000 | $0.00 | $479,671.79 | $0.00 | $0.00 |
| 28 | Elan Gershoni | 7100-000 | $0.00 | $34,303.42 | $34,303.42 | $2,223.58 |
| 29 | Alvaro De Jesus | 7100-000 | $0.00 | $150,000.00 | $0.00 | $0.00 |
| 30 | Rock & Dirt Construction Equipment Rental, LLC | 7100-000 | $0.00 | $90,778.28 | $90,778.28 | $5,884.34 |
| 31 | Superior Mix Concrete, Corp. | 7100-000 | $0.00 | $473,443.47 | $473,443.47 | $30,689.08 |
| 34 | Herc Rentals, Inc. | 7100-000 | $0.00 | $109,728.85 | $109,728.85 | $7,112.73 |
| 35 | STUDIO A ENGINEERING | 7100-000 | $0.00 | $7,140.00 | $0.00 | $0.00 |
| 41 | ARC Docment Solutions LLC | 7100-000 | $0.00 | $31,926.70 | $0.00 | $0.00 |
| 42 | Chris Swift-Perez | 7100-000 | $2,624.50 | $2,624.00 | $2,624.00 | $170.09 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | EEQ CONSTRUCTION SERVICES | 7100-000 | $0.00 | $75,000.00 | $0.00 | $0.00 |
| 55 | TLGFY, LLC | 7100-000 | $0.00 | $64,216.19 | $0.00 | $0.00 |
| 56 | STUDIO A ENGINEERING | 7100-000 | $0.00 | $7,140.00 | $7,140.00 | $462.82 |
| 57 | EMPIRE ELECTRIC | 7100-000 | $255.46 | $1,365.46 | $1,365.46 | $88.51 |
| | BISCAYNE BANK, A FLORIDA STATE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | COLLINSWORTH, ALTER, FOWLER, & FRENCH LLC | 7100-000 | $23,782.66 | $0.00 | $0.00 | $0.00 |
| | ComEd | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| | CRQ FLORIDA INC | 7100-000 | $56,607.50 | $0.00 | $0.00 | $0.00 |
| | CTB PAINTERS | 7100-000 | $3,530.00 | $0.00 | $0.00 | $0.00 |
| | DERM | 7100-000 | $1,510,011.47 | $0.00 | $0.00 | $0.00 |
| | ENSURGROUP | 7100-000 | $7,777.59 | $0.00 | $0.00 | $0.00 |
| | EXTREME ELECTRIC SYSTEMS INC | 7100-000 | $33,085.00 | $0.00 | $0.00 | $0.00 |
| | FPL | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| | HONOR CAPITAL | 7100-000 | $591.33 | $0.00 | $0.00 | $0.00 |
| | JCA ENGINEERS LLC | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | LOPEZ PROFESSIONAL ENGINEERING | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | LOUDEN BROADWAY PROPERTIES LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | M & M CONSTRUCTION | 7100-000 | $65,000.00 | $0.00 | $0.00 | $0.00 |
| | MIAMI PARKNG AUTHORITY | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| | NEW WORLD MASONRY | 7100-000 | $86,696.40 | $0.00 | $0.00 | $0.00 |
| | PCE DESIGN LLC | 7100-000 | $19,780.00 | $0.00 | $0.00 | $0.00 |
| | PIT STOP | 7100-000 | $805.90 | $0.00 | $0.00 | $0.00 |
| | PREMIUM | 7100-000 | $1,108.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| CONCRETE CUTTING | | | | | |
| PRIVADO LANDSCAPING | 7100-000 | $3,200.00 | $0.00 | $0.00 | $0.00 |
| QIDIAN | 7100-000 | $35,305,201.00 | $0.00 | $0.00 | $0.00 |
| TAX SAVERS OF MIAMI | 7100-000 | $529.84 | $0.00 | $0.00 | $0.00 |
| THIRD AMENDED AND RESTATED J. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| UNITED ENGINEERING INC | 7100-000 | $13,205.67 | $0.00 | $0.00 | $0.00 |
| WHEADON FINANCIAL | 7100-000 | $2,187.50 | $0.00 | $0.00 | $0.00 |
| Xfinity | 7100-000 | $940.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $38,205,223.57 | $6,274,491.78 | $4,003,931.13 | $259,538.85 |

# FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:    1

Exhibit 8

| | |
|---|---|
| Case No.: | 20-20310-LMI |
| Case Name: | METRONOMIC HOLDINGS, LLC |
| For the Period Ending: | 4/23/2024 |

| | |
|---|---|
| Trustee Name: | Robert A. Angueira |
| Date Filed (f) or Converted (c): | 01/20/2022 (c) |
| §341(a) Meeting Date: | 03/08/2022 |
| Claims Bar Date: | 04/01/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Cash | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Chase Manhattan Bank Checking Acct 2570 | $952.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Bank Savings Acct. 1768 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Office Furniture | $10,000.00 | $0.00 | | $0.00 | FA |
| 5 | Real Property- See Schedule A/B Part 9, Question 55 Attachment | $92,610,846.00 | $0.00 | | $0.00 | FA |
| 6 | Cause of action against Spectrum Mortgage/Florida Mortgage Group | $406,000.00 | $0.00 | | $0.00 | FA |
| 7 | City National Bank DIP Account 4431 **(u)** | $51,614.47 | $51,614.47 | | $51,614.47 | FA |
| 8 | Refund of Overpayment of Debtor's three professionals. Pack Law, PA,  B. Riley Advisory Services, and Weiss Serota. **(u)** | $950.52 | $950.52 | | $950.52 | FA |
| 9 | Potential Chapter 5 Claims - Settlement with Kelly Beam DE#567 **(u)** | $150,000.00 | $150,000.00 | | $150,000.00 | FA |
| 10 | Settlement with American Express attributable to potential avoidance actions due to alleged pre-petition fraudulent transfers. **(u)** | $150,000.00 | $150,000.00 | | $150,000.00 | FA |
| 11 | Office Equipment | $10,000.00 | $0.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| | $93,390,362.99 | $352,564.99 | | $352,564.99 | $0.00 |

**Major Activities affecting case closing:**

09/15/2023    TFR was submitted today.

09/30/2022    Trustee has hired special counsel to investigate potential Chapter 5 claims. Hearing on Motion to extend time to 3/7/23 has been set for 11/7/22.  Trustee reviewed case status. (LT)

06/30/2022    Trustee investigating financial records of Debtor and considering potential claims. (LT)

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2024 |
| Current Projected Date Of Final Report (TFR): | 12/31/2024 |

/s/ ROBERT A. ANGUEIRA

ROBERT A. ANGUEIRA

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-20310-LMI | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|
| Case Name: | METRONOMIC HOLDINGS, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8203 | | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/23/2020 | | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 4/23/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/01/2022 | (7) | CIty National Bank | Closed out DIP bank account City National Acct xxx4431 | 1229-000 | $51,614.47 | | $51,614.47 |
| 02/08/2022 | (8) | Weiss Serota et al | These were funds that should have been in City National Bank DIP Account to pay the UST Quarterly Fees. Refund of overpayment Weiss Serota Lawfirm | 1229-000 | $316.84 | | $51,931.31 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $75.57 | $51,855.74 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $83.67 | $51,772.07 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $83.54 | $51,688.53 |
| 05/23/2022 | (8) | Pack Law PA | DE #521. Order granting Motion to Compel Compliance. Refund of overpayment. | 1229-000 | $316.84 | | $52,005.37 |
| 05/23/2022 | (8) | GlassRatner Advisory | Pursuant to court order D.E. #521. Order granting Motion to Compel Compliance. Refund of overpayment. | 1229-000 | $316.84 | | $52,322.21 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $81.01 | $52,241.20 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $81.58 | $52,159.62 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $84.16 | $52,075.46 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $84.03 | $51,991.43 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $86.60 | $51,904.83 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $78.35 | $51,826.48 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $80.93 | $51,745.55 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $83.50 | $51,662.05 |
| 01/16/2023 | 3000 | International Sureties, LTD | Chapter 7 Blanket Bond #016027932 Renewal. Term 1/1/23 to 1/1/24. | 2300-000 | | $40.01 | $51,622.04 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $83.35 | $51,538.69 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $75.11 | $51,463.58 |
| 03/15/2023 | (9) | Kelly Beam | Per Order dated 1/31/23, DE#567. Settlement with Kelly Beam. | 1241-000 | $150,000.00 | | $201,463.58 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $236.76 | $201,226.82 |
| 04/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $293.29 | $200,933.53 |
| 05/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $324.24 | $200,609.29 |

|  | | | | **SUBTOTALS** | $202,564.99 | $1,955.70 | |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-20310-LMI | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | METRONOMIC HOLDINGS, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8203 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/23/2020 | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 4/23/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/26/2023 | (10) | Robert C Meyer IOTA | American Express settlement. DE#573. | 1241-000 | $150,000.00 | | $350,609.29 |
| 06/30/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $388.82 | $350,220.47 |
| 07/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $528.68 | $349,691.79 |
| 08/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $564.29 | $349,127.50 |
| 10/24/2023 | 3001 | Robert A. Angueira | Trustee Compensation | 2100-000 | | $20,878.25 | $328,249.25 |
| 10/24/2023 | 3002 | Robert A. Angueira | Trustee Expenses | 2200-000 | | $152.13 | $328,097.12 |
| 10/24/2023 | 3003 | Robert A. Angueira, PA | Claim #: ; Amount Allowed: 327.01; Distribution Dividend: 100.00; | 3120-000 | | $327.01 | $327,770.11 |
| 10/24/2023 | 3004 | Robert A. Angueira, PA | Claim #: ; Amount Allowed: 17,796.00; Distribution Dividend: 100.00; | 3110-000 | | $17,796.00 | $309,974.11 |
| 10/24/2023 | 3005 | Robert C. Meter, P.A. | Claim #: ; Amount Allowed: 321.26; Distribution Dividend: 100.00; | 3220-610 | | $321.26 | $309,652.85 |
| 10/24/2023 | 3006 | Robert C. Meyer, PA | Claim #: ; Amount Allowed: 46,912.00; Distribution Dividend: 100.00; | 3210-600 | | $46,912.00 | $262,740.85 |
| 10/24/2023 | 3007 | US Trustee Payment Center | Claim #: ; Amount Allowed: 3,202.00; Distribution Dividend: 100.00; | 2950-000 | | $3,202.00 | $259,538.85 |
| 10/24/2023 | 3008 | 6135 NW 167th Street  Suite E-1 | Claim #: 4; Amount Allowed: 65,989.00; Distribution Dividend: 6.48; | 7100-000 | | $4,277.48 | $255,261.37 |
| 10/24/2023 | 3009 | Transcending Designs, Inc. | Claim #: 6; Amount Allowed: 19,210.00; Distribution Dividend: 6.48; | 7100-000 | | $1,245.22 | $254,016.15 |
| 10/24/2023 | 3010 | Centerfield Villas South, LLC | Claim #: 16; Amount Allowed: 3,040,764.91; Distribution Dividend: 6.48; | 7100-000 | | $197,105.45 | $56,910.70 |
| 10/24/2023 | 3011 | Commercial Steel Services, LLC | Claim #: 18; Amount Allowed: 55,048.74; Distribution Dividend: 6.48; | 7100-000 | | $3,568.31 | $53,342.39 |
| 10/24/2023 | 3012 | RANDELL ROOFING | Claim #: 22; Amount Allowed: 20,700.00; Distribution Dividend: 6.48; | 7100-000 | | $1,341.79 | $52,000.60 |
| 10/24/2023 | 3013 | U.S. American Concrete Mix, Corp. | Claim #: 25; Amount Allowed: 82,835.00; Distribution Dividend: 6.48; | 7100-000 | | $5,369.45 | $46,631.15 |
| 10/24/2023 | 3014 | Elan Gershoni | Claim #: 28; Amount Allowed: 34,303.42; Distribution Dividend: 6.48; | 7100-000 | | $2,223.58 | $44,407.57 |
| | | | **SUBTOTALS** | | $150,000.00 | $306,201.72 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 20-20310-LMI | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | METRONOMIC HOLDINGS, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8203 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/23/2020 | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 4/23/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2023 | 3015 | Rock & Dirt Construction Equipment Rental, LLC | Claim #: 30; Amount Allowed: 90,778.28; Distribution Dividend: 6.48; | 7100-000 | | $5,884.34 | $38,523.23 |
| 10/24/2023 | 3016 | Superior Mix Concrete, Corp. | Claim #: 31; Amount Allowed: 473,443.47; Distribution Dividend: 6.48; | 7100-000 | | $30,689.08 | $7,834.15 |
| 10/24/2023 | 3017 | Herc Rentals, Inc. | Claim #: 34; Amount Allowed: 109,728.85; Distribution Dividend: 6.48; | 7100-000 | | $7,112.73 | $721.42 |
| 10/24/2023 | 3018 | Chris Swift-Perez | Claim #: 42; Amount Allowed: 2,624.00; Distribution Dividend: 6.48; | 7100-000 | | $170.09 | $551.33 |
| 10/24/2023 | 3019 | STUDIO A ENGINEERING | Claim #: 56; Amount Allowed: 7,140.00; Distribution Dividend: 6.48; | 7100-000 | | $462.82 | $88.51 |
| 10/24/2023 | 3020 | EMPIRE ELECTRIC | Claim #: 57; Amount Allowed: 1,365.46; Distribution Dividend: 6.48; | 7100-000 | | $88.51 | $0.00 |
| 10/30/2023 | 3008 | VOID: 6135 NW 167th Street  Suite E-1 | | 7100-003 | | ($4,277.48) | $4,277.48 |
| 10/30/2023 | 3021 | Paramount Consulting & Engineering | Claim #: 4; Amount Allowed: 65,989.00; Distribution Dividend: 6.48; | 7100-000 | | $4,277.48 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $44,407.57 | |

Page No: 4          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-20310-LMI | |
| **Case Name:** | METRONOMIC HOLDINGS, LLC | |
| **Primary Taxpayer ID #:** | **-***8203 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/23/2020 | |
| **For Period Ending:** | 4/23/2024 | |

| | |
|---|---|
| **Trustee Name:** | Robert A. Angueira |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******1001 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $49,704,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $352,564.99 | $352,564.99 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $352,564.99 | $352,564.99 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $352,564.99 | $352,564.99 | |

**For the period of 9/23/2020 to 4/23/2024**

| | |
|---|---|
| Total Compensable Receipts: | $352,564.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $352,564.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $352,564.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $352,564.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/01/2022 to 4/23/2024**

| | |
|---|---|
| Total Compensable Receipts: | $352,564.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $352,564.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $352,564.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $352,564.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5        Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-20310-LMI | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|
| Case Name: | METRONOMIC HOLDINGS, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8203 | | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/23/2020 | | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 4/23/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $352,564.99 | $352,564.99 | $0.00 |

**For the period of 9/23/2020 to 4/23/2024**

| | |
|---|---|
| Total Compensable Receipts: | $352,564.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $352,564.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $352,564.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $352,564.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2022 to 4/23/2024**

| | |
|---|---|
| Total Compensable Receipts: | $352,564.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $352,564.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $352,564.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $352,564.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT A. ANGUEIRA

ROBERT A. ANGUEIRA