**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on July 18, 2024**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 20–20310–LMI**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Metronomic Holdings, LLC
717 Ponce De Leon Boulevard, Suite 324
Coral Gables, FL 33134

EIN: 81–0848203

## FINAL DECREE

The trustee, Robert A Angueira, having filed a final report that the estate has been fully administered, is discharged and the case is closed.